June 4, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ENZO INVESTMENTS, LP, Appellant

NO. 14-13-00509-CV                     V.

CHARLES WHITE, Appellee

_____

CHARLES WHITE, Cross-Appellant

V.

ENZO INVESTMENTS, LP; IP INVESTMENTS, LLC; AND IP REAL ESTATE, LLC,
Cross-Appellees

_____

This court today issued a substitute opinion. We order this court's former judgment of May 12, 2015, vacated, set aside, and annulled. We further order this court's opinion of May 12, 2015, withdrawn.

This cause, an appeal from the judgment signed March 14, 2013 in favor of appellee/cross-appellant Charles White, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **MODIFY** the portion of the trial court's judgment awarding White "the amount of $377,567.50 for reasonable and necessary attorneys' fees through the date of trial and an additional $20,625.00 for post-verdict matters in the trial court," and instead award White "the amount of $209,192.50 for reasonable and necessary attorneys' fees for work performed in the trial court." We order the remainder of the judgment **AFFIRMED** except as modified in this judgment.

We further order that all costs incurred by reason of this appeal be paid by appellee/cross-appellant Charles White.

We further order this decision certified below for observance.